# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:                                                                                    Bk. No. 19-10390-BAH
                                                                                          Chapter 13

Alexander Pichardo,
        Debtor(s)

## CHAPTER 13 ORDER OF THE COURT

Hearing Date: 09/27/2019

Nature of Proceeding:    **Doc# 9 Chapter 13 Plan dated April 2, 2019 Filed by Debtor Alexander Pichardo**

**Doc# 17 Motion to Dismiss Case For Failure to Amend Plan Filed by Trustee Lawrence P. Sumski**

**Doc# 18 Motion to Dismiss Case For Failure to Make Plan Payments , Motion For Sanctions Against Debtor Failure to Make Plan Payments Filed by Trustee Lawrence P. Sumski**

**Doc. # 25 Motion to Dismiss by Debtor**

Outcome of Hearing:

**THE MOTION TO DISMISS BY THE DEBTOR (DOC. 25) IS GRANTED:  CASE DISMISSED**

**THE MOTIONS TO DISMISS BY TRUSTEE AND CONFIRMATION HEARING ARE MOOT**

IT IS SO ORDERED:


/s/ Bruce A. Harwood        Date: 09/27/2019
Bruce A. Harwood
Chief Judge